CAMDEN TRUST COMPANY, TRUSTEE, ETC., ET AL., COM-
PLAINANTS–RESPONDENTS, v. ALICE C. GREY LEAM-
ING, ET ALS., DEFENDANTS–RESPONDENTS, ELLA REED
HAND, INDIVIDUALLY, ETC., DEFENDANT–APPELLANT.

Argued February 21, 1949—Decided February 28, 1949.

*Mr. Henry F. Stockwell* argued the cause for the defendant-
appellant (*Messrs. Bleakly, Stockwell & Zink,* attorneys).

*Mr. Furman A. DeMaris, Jr.,* argued the cause for the re-
spondents (*Messrs. Norcross & Farr, Messrs. Boyle, Archer &
Greiner, Mr. John L. Morrissey, Mr. John R. DiMona, Mr.
Alexander C. Wood, 3rd,* attorneys).

PER CURIAM. The decree under review will be affirmed for
the reasons expressed in the opinion of Vice Chancellor Wood-
ruff in the former Court of Chancery.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE,
HEHER, WACHENFELD, BURLING, and ACKERSON—6.

*For reversal:* None.